UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2016
David J. Bradley, Clerk

| | |
|---|---|
| JAIME ALEXANDER CARRANZA, <br> A/K/A JORGE ALBERTO ZELAYA, <br><br> Petitioner, <br><br> versus <br><br> WILLIAM STEPHENS, <br><br> Respondent. | § § § § § § § § § § § |

CIVIL ACTION H-14-0461
(consolidated with H-14-0532)

## Order of Adoption

On May 20, 2016, Magistrate Judge Stephen Wm. Smith issued an Amended Memorandum and Recommendation (34). Petitioner filed objections (35). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Carranza's petition for writ of habeas corpus is denied with prejudice.

Signed _____June 23_____, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge